

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEWIS, KULLMAN, STERBCOW,** | * | **CIVIL ACTION NO. 06-0037** |
| **& ABRAMSON** | * | **SECTION I** |
| **VERSUS** | * | **JUDGE:   AFRICK** |
| **VALLEY FORGE INSURANCE COMPANY** | * | **MAGISTRATE JUDGE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

CONSIDERING THE MOTION TO DISMISS:

IT IS HEREBY ORDERED that all claims asserted herein by Plaintiffs **LEWIS, KULLMAN, STERBCOW, & ABRAMSON**, be and are dismissed with prejudice, each party to bear their own costs of court.

THUS DONE AND SIGNED on the 27th day of April, 2006.

_____
DISTRICT COURT JUDGE

-3-

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____